CUYAHOGA COUNTY BAR ASSOCIATION *v.* BERGER.

CUYAHOGA COUNTY BAR ASSOCIATION *v.* FERTEL.

[Cite as *Cuyahoga Cty. Bar Assn. v. Berger*
(1992), 65 Ohio St.3d 1208.]

(Nos. 92–905 and 92–906—Submitted October
28, 1992—Decided December 11, 1992.)

*Lawrence A. Turbow, Ellen S. Mandell* and *Marshall J. Wolf,* for relator.

*Sanford J. Berger,* for respondent Robert M. Fertel.

*Robert M. Fertel,* for respondent Sanford J. Berger.

*Per Curiam.* Relator's motion is well taken. Our opinion at 64 Ohio St.3d 454, 455, 597 N.E.2d 81, 82, is hereby modified to read as follows:

" * * * The record reflects that the charges of misconduct arose from respondents' representation of Daniel Gurish in connection with his claim for wrongful discharge as a Cuyahoga County deputy sheriff under Section 1983, Title 42, U.S.Code. Respondents obtained a judgment in favor of Gurish and against Cuyahoga County Sheriff McFaul in the amount of $100,000. Thereafter, pursuant to Section 1988, Title 42, U.S.Code, respondents moved for an award of attorney fees. The issue of attorney fees was settled by McFaul's payment of $30,000. At Gurish's urging, respondents accepted a total settlement 'package' of $130,000."

In all other respects, said opinion is hereby ratified and affirmed.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.